RUSSELL E. MARSH, ESQUIRE
WRIGHT MARSH & LEVY
Nevada Bar No. 11198
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Gary Manley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>GARY MANLEY,<br><br>  Defendant. | CASE NO. 2:22-CR-00101-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the JASON M. FRIERSON, United States of America, and PETER S. LEVITT, Assistant United States Attorney, counsel for the United States of America, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, counsel for GARY MANLEY; that the sentencing hearing currently scheduled for September 1, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days from the current sentencing date.

This Stipulation is entered into for the following reasons:

1.   Defendant is not in custody and does not object to the continuance.

2.   Defendant needs additional time togather information and prepare and file his sentencing memorandum and prepare for argument.

3.   The parties agree to the requested continuance.

4.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

DATED this 15th day of August, 2022.

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Counsel for Lorenzo Lucian Lindsey | By  /s/ Peter S. Levitt<br>PETER S. LEVITT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY MANLEY,<br><br>Defendant. | CASE NO. 2:22-CR-00101-APG-VCG<br><br>**ORDER** |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Gary Manley in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for September 1, 2022, at 1:30 p.m., be vacated and continued to September 15, 2022, at 9:00 a.m. in Las Vegas Courtroom 6C.

DATED this 16th day of August, 2022.

_____
ANDREW P. GORDON
United States District Judge